### Stanley H. WHITE, III, et al.

v.

### ZONING BOARD OF REVIEW OF the CITY OF EAST PROVIDENCE et al.

### No. 79–350–M.P.

Supreme Court of Rhode Island.

Nov. 29, 1979.

Carty & Carty, Joseph B. Carty, Jr., Providence, for petitioner.

Robert R. Nocera, Asst. Sol., East Providence, for respondents.

## ORDER

The petition for writ of certiorari is granted.

DORIS, J., did not participate.